AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| United States of America<br>v.<br><br>ANTHONY SALVATORE PERRI<br><br>*Defendant* | Case No.  25-MJ-245<br><br>Case: 1:25-mj-00149<br>Assigned To : Upadhyaya, Moxila A.<br>Assign. Date : 8/18/2025<br>Description: RULE 5 ARREST WARRANT |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    ANTHONY SALVATORE PERRI                       ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

  18 U.S.C. 115(a)(1)(B)


Date:  08/06/2025                                             *Marcia M. Henry*
                                                              *Issuing officer's signature*

City and state:    Brooklyn, New York                         Hon. Marcia M. Henry, U.S.M.J.
                                                              *Printed name and title*

---

**Return**

This warrant was received on *(date)* 08/06/2025, and the person was arrested on *(date)* 08/18/2025
at *(city and state)* Washington, D.C.

Date: 08/18/2025                              KEH, [signature]
                                              *Arresting officer's signature*

                                              KEH, KENNETH  DUSM
                                              *Printed name and title*