NEM:MWG

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

ANTHONY SALVATORE PERRI,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

**TO BE FILED UNDER SEAL**

AFFIDAVIT AND COMPLAINT IN SUPPORT OF AN APPLICATION FOR AN ARREST WARRANT

(18 U.S.C. § 115(a)(1)(B))

25-MJ-245

EASTERN DISTRICT OF NEW YORK, SS:

        EGBERT SIMON, being duly sworn, deposes and states that he is a Special Agent with the United States Attorney's Office for the Eastern District of New York, duly appointed according to law and acting as such.

        On or about August 2, 2025, within the Eastern District of New York and elsewhere, the defendant ANTHONY SALVATORE PERRI did knowingly and intentionally threaten to assault and murder a United States judge, with intent to retaliate against such judge on account of the performance of official duties.

        (Title 18, United States Code, Section 115(a)(1)(B))

        The source of your deponent's information and the grounds for his belief are as follows:[1]

        1.    I am a Special Agent with the United States Attorney's Office for the Eastern District of New York ("USAO-EDNY") and have been since December 2024.   Before

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

that, I was a Supervisory Customs and Border Protection Officer with the Department of Homeland Security, Customs and Border Protection ("CBP") for approximately sixteen years. During the court of my employment with the USAO-EDNY and CBP, I have been involved in multiple criminal investigations that have resulted in arrests for criminal offenses.

2.  I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file; and from reports of other law enforcement officers involved in the investigation. Statements attributable to individuals herein are set forth in sum and substance.

3.  The defendant ANTHONY SALVATORE PERRI has filed numerous civil cases pro se in the Eastern District of New York, including the following cases that were presided over by the same United States District Judge (the "District Judge") whose identity is known to me: Perri v. Bloomberg, et al., No. 06-CV-403 (E.D.N.Y.); Perri v. Ross, et al., No. 11-CV-1359 (E.D.N.Y.); Perri v. Bloomberg, et al., No. 11-CV-2646 (E.D.N.Y.); Perri v. Kelly, et al., No. 11-CV-3208 (E.D.N.Y.); Perri v. Obama, et al., No. 11-CV-5214 (E.D.N.Y.). All of these cases were dismissed.

4.  On or about August 2, 2025, the defendant ANTHONY SALVATORE PERRI called the District Judge's chambers and left a voicemail that began as follows: "Hi, [District Judge], this is Anthony Salvatore Perri, a former litigant that you dismissed all my cases and sent me away to prison to be abused and almost killed. So, Michael Cardozo's dead now,[2]

---

[2]  I believe that this is a reference to the former Corporation Counsel for the City of New York, whose office represented the defendants in several of the above-referenced civil actions.

and I'm hoping you're next. That you're on List's list. You remember John List?[3] And the list. You're on the list, bitch. You fucking worthless whore." The defendant then referenced other judges in this District and the Southern District of New York, and then continued: "Let's hope you die, motherfucker, you worthless, fucking whore, you. And your family, too, are on my list for kidnapping, murdering, raped by a big black negro's penis with HIV, you fucking worthless whore." The defendant identified a former United States Attorney for the Eastern District of New York and a former judge from this District, and then continued: "In fact, every judge in your fucking district who allows you to sit is a target. Every judge, fucking Eastern District." The defendant then referenced another United States judge whose son was killed and husband was shot by a civil litigant in or about 2020, stating: "And that dirty whore [Full Name], too, wants to keep talking about threats. Here's another one for her, too. She's on the list, too. She'll never have her fucking son, but I will live." The voicemail concluded: "And whenever I feel like calling you, and threatening you, I will. And I'll threaten every one of you. And I'll threaten the President, to kill the President right now, too. How's that? Get off my phone, you worthless whore, you."

      5.      Caller ID for the above-described telephone call indicated that the call was placed from a certain telephone number ending in -1867 (the "1867 Number"). According to law enforcement databases, the 1867 Number is subscribed to "PERRI ANTHONY."

      6.      Based on the foregoing facts, I submit that there is probable cause to believe that the defendant ANTHONY SALVATORE PERRI has violated Title 18, United States Code, Section 115(a)(1)(B).

---

[3] Based on my review of open-source materials, I believe this is a reference to an individual who murdered his mother, wife, and three children in or about 1971.

4

7. I respectfully request that this Affidavit and Complaint, as well as any arrest warrant issued in connection with this Affidavit and Complaint, be filed under seal until further order of the Court. I believe that sealing these documents is necessary because these documents relate to an ongoing investigation, the extent of which is unknown to the defendant ANTHONY SALVATORE PERRI, who remains at liberty. Premature disclosure of the contents of these documents may have a significant adverse impact on the continuing investigation, may compromise the safety of law enforcement officers, and could result in flight by the defendant.

WHEREFORE, your deponent respectfully requests that an arrest warrant be issued for the defendant ANTHONY SALVATORE PERRI so that he may be dealt with according to law.

*[signature]*

EGBERT SIMON
Special Agent
United States Attorney's Office
Eastern District of New York

Sworn to before me by telephone this
6th day of August, 2025

*Marcia M. Henry*
THE HONORABLE MARCIA M. HENRY
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK