**UNITED STATES DISTRICT COURT**
**FOR THE DISTICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 25-mj-149** |
| | : | |
| **ANTHONY SALVATORE PERRI** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

On August 18, 2025, the Court conducted an Initial Appearance in Rule 5 Removal Proceedings Hearing for Defendant Anthony Salvatore Perri.  Defendant was advised of the charge in the Complaint and of his rights.  Defendant waived his right to an identity hearing and submitted on the warrant, a copy of which was provided to him during the hearing.  The government requested that Defendant be held pending removal to the Eastern District of New York by the United States Marshals Service.  Defendant did not waive his right to a detention hearing and elected to have any such hearing in the Eastern District of New York.

The United States Marshals Service is hereby **ORDERED** to transport Defendant Anthony Salvatore Perri to the Eastern District of New York for further proceedings.

**IT IS SO ORDERED.**

Date: August 18, 2025

_____
THE HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE